DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant Bank of America, N.A*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY HOME NOW, LLC, a Nevada Limited Liability Company<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, a National Banking Corporation and DOES I through X, inclusive; ROE ENTITIES XI through XX,<br><br>                Defendants,<br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>                Intervenors.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Counterclaimant,<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae, | Case No. 2:14-cv-01957-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR JOINT REPLY IN SUPPORT OF BANA'S MOTION FOR SUMMARY JUDGMENT AND EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

{35654442;1}

|   |   |
|---|---|
| | Intervenor, |
| v. | |
| MY HOME NOW, LLC; WESTPARK COMMUNITY ASSOCIATION | |
| | Counter-Defendants. |

Defendant Bank of America, N.A. (**BANA**), Intervenor/Counterclaimant Federal National Mortgage Association (**FNMA**), Intervenor Federal Housing Finance Agency, as Conservator of Fannie Mae (**FHFA**) and Plaintiff My Home Now, LLC (**Plaintiff**) respectfully submit the following stipulation to allow an extension of time to file a joint reply in support of BANA's motion for summary judgment until September 8, 2015.  The parties also stipulate to extend the deadline for plaintiff to respond to FHFA and FNMA's motion to stay discovery until September 8, 2015.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

{35654442;1}                                    2

1  BANA filed its Motion for Summary Judgment on July 13, 2015.  ECF No. 42.  FNMA and
2 FHFA filed a joinder to the motion on July 28, 2015.  ECF No. 46.  FNMA and FHFA filed a motion
3 to stay discovery on August 6, 2015.  ECF No. 51.  The current deadline for plaintiff to respond to
4 the motion to stay is August 24, 2015.  Plaintiff filed its response to the motion on August 6, 2015.
5 ECF No. 52.  The current deadline to reply in support of BANA's motion for summary judgment is
6 currently August 23, 2015.  This stipulation would extend the deadline for the filing of a joint reply
7 until September 8, 2015.  It also extends the time for plaintiff to file a response to the motion to stay
8 until September 8, 2015.
9 DATED this 17th day of August, 2015.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP** |
|---|---|
| /s/ *William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America, N.A.* | /s/ *John H. Wright*<br>JOHN H. WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89012<br><br><br><br>*Attorneys for Plaintiff* |
| **FENNEMORE CRAIG, PC**<br><br>/s/ *Leslie Bryan Hart*<br>LESLIE BRYAN HART, ESQ.<br>Nevada Bar No. 4932<br>JOHN D. TENNERT, ESQ.<br>Nevada Bar No. 11728<br>300 E. Second Street, Suite 1510<br>Reno, Nevada 89501<br><br>and<br><br>**ARNOLD PORTER LLP**<br>(Admitted Pro Hac Vice)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br><br>*Attorneys for Intervenor Federal Housing Financing Agency* | |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: __August 24, 2015_____