1  Darren T. Brenner, Esq. (SBN 8386)
   William S. Habdas, Esq. (SBN 13138)
2  AKERMAN LLP
   1160 Town Center Drive, Suite 330
3  Las Vegas, Nevada 89144
   Tel: (702) 634-5000  Fax: (702) 380-8572
4  darren.brenner@akerman.com; william.habdas@akerman.com
   *Attorneys for Defendant Bank of America, N.A. and*
5  *Intervenor Federal National Mortgage Association*

6  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
7  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
8  Reno, Nevada 89501
   Tel:  (775) 788-2228  Fax: (775) 788-2229
9  lhart@fclaw.com; jtennert@fclaw.com

10 (Admitted *Pro Hac Vice*)
   Asim Varma, Esq..
11 Howard N. Cayne, Esq.
   Michael A.F. Johnson, Esq.
12 ARNOLD & PORTER LLP
   555 12th Street NW
13 Washington, DC 20004
   Tel: (202) 942-5000  Fax:  (202) 942-5999
14 Asim.Varma@aporter.com; Howard.Cayne@aporter.com
   Michael.Johnson@aporter.com
15 *Attorneys for Intervenor Federal Housing Finance Agency*

16              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
17

| | |
|---|---|
| 18  MY HOME NOW, LLC a Nevada limited liability company, | Case No. 2:14-cv-01957-RFB-CWH |
| 19                          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT IMPOSED BY LOCAL RULE 7-4** |
| 20  v. | |
| 21  BANK OF AMERICA, N.A., Successor  by Merger to BAC Home Loans Servicing, LP, | |
| 22  f/k/a Countrywide Home Loans Servicing, LP, a National Banking Corporation and DOES I | |
| 23  through X, inclusive; ROE ENTITIES XI through XX, inclusive, | |
| 24                          Defendants, and | |
| 25 | |
| 26  FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING | |
| 27  FINANCE AGENCY, as Conservator of Federal National Mortgage Association, | |
| 28                          Intervenors. | |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10805937.1

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Counterclaimant,

and

FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,

      Intervenor,

v.

MY HOME NOW, LLC; WESTPARK COMMUNITY ASSOCIATION

      Counter-Defendants.

  Defendant Bank of America, N.A. ("BANA"), Intervenors Federal National Mortgage Association ("Fannie Mae"), Federal Housing Finance Agency, as Conservator of Fannie Mae ("FHFA"), and Plaintiff My Home Now, LLC ("My Home"), by and through their undersigned counsel, hereby agree and stipulate as follows:

  1.  On July 15, 2015 BANA filed its Motion for Summary Judgment ("the Motion") (Dkt. #42);

  2.  On July 28, 2015 Fannie Mae and FHFA filed their Joinder to the Motion (Dkt. #46);

  3.  On August 6, 2015 My Home filed its Opposition to the Motion (Dkt. #52), which was 41 pages in length;

  4.  Filed contemporaneously with this Stipulation is BANA, Fannie Mae and FHFA's Reply in Support of the Motion, which is 29 pages in length.

  Given the length of the Motion and Opposition and the complex issues presented in this case, My Home's Opposition to the Motion and BANA, Fannie Mae and FHFA's Reply in Support of the Motion has and will exceed the standard limit of 30 pages and 20 pages, respectively. It is necessary for parties to exceed the standard page limits so as to adequately address the issues raised in the Motion.

///

10805937.1

2

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

Permitting the parties to file briefs in excess of the standard page limits is warranted under the circumstances in this case and will not result in prejudice to any party. Pursuant to Local Rule 7-4, BANA, Fannie Mae and FHFA will provide the Court with a table of contents and table of authorities in their Reply.

Therefore, the parties stipulate and agree that My Home's Opposition to the Motion and BANA, Fannie Mae and FHFA's Reply in Support of the Motion may exceed the 30 page and 20 page limits, respectively, imposed by Local Rule 7-4.

DATED this 8th day of September, 2015.

| | |
|---|---|
| **THE WRIGHT LAW GROUP, PC.** | **FENNEMORE CRAIG, P.C**. |
| By: /s/ John Henry Wright<br>John Henry Wright, Esq. (SBN 6182)<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Tel: 702-405-0001  Fax: 702-405-8454<br>john@wrightlawgroupnv.com | By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com |
| *Attorneys for Plaintiff My Home Now, LLC* | and |
| **AKERMAN LLP** | **ARNOLD & PORTER LLP** |
| By: /s/ Darren T. Brenner<br>Darren T. Brenner, Esq. (SBN 8386)<br>William S. Habdas, Esq. (SBN 13138)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Tel: (702) 634-5000  Fax: (702) 380-8572<br>darren.brenner@akerman.com;<br>william.habdas@akerman.com | (Admitted *Pro Hac Vice*)<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br><br>*Attorneys for Intervenor Federal Housing Financing Agency* |
| *Attorneys for Defendant Bank of America, N.A. and Intervenor Federal National Mortgage Association* | |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 13th day of September, 2015.

10805937.1