**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY HOME NOW, LLC, </br></br>    Plaintiff, </br></br>vs. </br></br>BANK OF AMERICA, N.A., successor by merger </br>    to BAC Home Loans Servicing, LP, f/k/a </br>    Countrywide Home Loan Servicing, LP </br></br>    Defendants. | Case No. 2:14-cv-01957-RFB-CWH </br></br>**ORDER** |

Before the Court is Defendants' Motion to Stay Discovery (doc. # 51), filed August 6, 2015, Plaintiff's response (doc. # 55), filed September 8, 2015, and Defendants' reply (doc. # 59), filed September 18, 2015. Also before the Court is Defendants' Motion for Protective Order (doc. # 60), filed September 18, 2015, Plaintiff's response (doc. # 63), filed October 1, 2015, and Defendants' reply (doc. # 64), filed October 13, 2015.

The Court finds that good cause exists to stay discovery pending resolution of the parties' cross-motions for summary judgment (docs. # 32, # 42). As such, this Court grants Defendants' motion to stay discovery. Because discovery is stayed in this case, the Court denies Defendants' motion for protective order as moot.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (doc. # 51) is **granted**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Protective Order (doc. # 60) is **denied as moot**.

//

**IT IS FURTHER ORDERED** that if the district judge denies the pending motions for summary judgment, then the parties must meet and confer and file a proposed discovery plan and scheduling order within 14 days from the date of the order denying the motions for summary judgment. The proposed discovery plan must comply with Local Rule 26-1(e), with discovery deadlines measured from the date of the order on the motions for summary judgment.

**IT IS FURTHER ORDERED** that the parties must file a joint status report 90 days from the date of this order.

DATED: October 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**